# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**HEIDI JEANETTE VOUGHT,**

       **Plaintiff,**

**v.**                                                               **Case No:   6:15-cv-98-Orl-22GJK**

**COMMISSIONER OF SOCIAL SECURITY,**

       **Defendant.**

## ORDER

This cause is before the Court for judicial review of a final decision of the Commissioner of Social Security denying the application for supplemental security income benefits.

The United States Magistrate Judge has submitted a report recommending that the Commissioner's final decision be AFFIRMED.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed December 18, 2015 (Doc. No. 20), is ADOPTED and CONFIRMED and made a part of this Order.

2. The final decision of the Commissioner of Social Security is hereby AFFIRMED.

3. The Clerk is directed to enter judgment accordingly, and CLOSE the file.

**DONE** and **ORDERED** in Orlando, Florida on January 5, 2016.

_____
ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record